SEP-21-2011 WED 10:27 AM                       FAX NO                       P. 02

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 11-2525 (DEA) |
| v. | : | |
| JUDY WAX | : | CONTINUANCE ORDER |

A criminal complaint charging the defendant with kidnapping in violation of Title 18, United States Code, Section 1201 and Title 18, United States Code, Section 2, having been filed on May 27, 2011; and the defendant having appeared before the Court for an initial appearance on July 18, 2011; and the defendant having been represented by Steven Secare, Esq.; and the defendant and her counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this continuance so that the parties can confer and meet regarding the charges in the Complaint; and for good cause shown;

IT IS on this 23rd day of Sept, 2011,

ORDERED that from the date this Order is entered, to and including November 26, 2011, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1.  Both the United States and the defendant desire time so

that the parties can confer and meet regarding the charges in the Complaint, which may render any grand jury proceedings and any subsequent trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

*[signature]*
R. Joseph Gribko
Assistant U.S. Attorney

*[signature]*
Steven Secare, Esq.
Counsel for Judy Wax

*[signature]*
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge