UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. Douglas E. Arpert

v.                                : Mag. No. 11-2525 (DEA)

JUDY WAX                          : ORDER FOR CONTINUANCE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant U.S. Attorney, appearing), and defendant Judy Wax (Steven Secare, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant and their counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the United States and the defendant having requested this continuance so that the parties can enter a plea and thereby avoid a possible trial; and for good cause shown;

IT IS on this ___9th___ day of ~~May~~ JUNE, 2014,

ORDERED that the time from the date this Order is entered, to and including June 27, 2014, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire time to enter a plea, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

R. Joseph Gribko
Assistant United States Attorney

Steven Secare, Esq.
Counsel for defendant Judy Wax

- 2 -